**Order entered September 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00442-CR

### ROCKY MORRIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F95-01315-U

## ORDER

The Court **REINSTATES** this appeal.

On August 15, 2013, we ordered the trial court to make findings regarding whether any hearings were conducted on appellant's motion for post-conviction DNA testing. On August 30, 2013, we received the reporter's record of the hearing on the motion. Accordingly, in the interest of expediting the appeal, we **VACATE** the August 15, 2013 order requiring findings.

We note that appellant is representing himself in this appeal. Accordingly, we **ORDER** the Dallas County District Clerk and court reporter Peri Wood to provide appellant with copies of their respective records. We further **ORDER** that the Dallas County District Clerk and Ms. Wood provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that they have sent appellant copies of the record.

We **ORDER** appellant to file his brief by **NOVEMBER 1, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; Peri Wood, official court reporter, 291st Judicial District Court; and the Dallas County Public Defender's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Rocky Morris, No. 12076456, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266-0334.

/s/    DAVID EVANS
       JUSTICE